IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moad, Marc R | Case Number: 06 B 07587 |
|---|---|---|
| | Theodore-Moad, Nicolette M | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | Filed: 6/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 18, 2008
Confirmed: August 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 18,281.31 | |
| Secured: | | 5,542.34 |
| Unsecured: | | 9,372.92 |
| Priority: | | 0.00 |
| Administrative: | | 2,400.00 |
| Trustee Fee: | | 966.05 |
| Other Funds: | | 0.00 |
| Totals: | 18,281.31 | 18,281.31 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,400.00 | 2,400.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Willowbrook Acceptance | Secured | 5,542.34 | 5,542.34 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 7,174.73 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 1,418.33 | 2,268.80 |
| 6. | Discover Financial Services | Unsecured | 3,047.97 | 4,875.60 |
| 7. | General Motors Acceptance Corp | Unsecured | 182.42 | 291.80 |
| 8. | RJM Acquisitions LLC | Unsecured | 9.70 | 15.52 |
| 9. | James T Gately | Unsecured | 255.60 | 408.88 |
| 10. | Resurgent Capital Services | Unsecured | 945.42 | 1,512.32 |
| 11. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 12. | Auto Nation | Unsecured | | No Claim Filed |
| 13. | CAB Services | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 16. | Conscrdtsvcs | Unsecured | | No Claim Filed |
| 17. | Citibank | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | GEMB | Unsecured | | No Claim Filed |
| 20. | Guaranty Bank | Unsecured | | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 22. | Fashion Bug | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 26. | American Collection Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moad, Marc R | Case Number: 06 B 07587 |
| --- | --- | --- |
| | Theodore-Moad, Nicolette M | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | Filed: 6/28/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 28. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 29. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 32. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 33. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 34. | Sm Servicing | Unsecured | | No Claim Filed |
| 35. | Systems & Services Technologies | Unsecured | | No Claim Filed |
| 36. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 37. | USA Credit | Unsecured | | No Claim Filed |
| 38. | Sm Servicing | Unsecured | | No Claim Filed |
| 39. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 40. | Sm Servicing | Unsecured | | No Claim Filed |
| 41. | Monogram Bank | Unsecured | | No Claim Filed |
| 42. | Sm Servicing | Unsecured | | No Claim Filed |
| | | | $ 20,976.51 | $ 17,315.26 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5% | 55.00 |
| 4.8% | 134.12 |
| 5.4% | 776.93 |
| | $ 966.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

